In the Matter of the Judicial Settlement of the Accounts of BYRON D. MCALPINE et al., as Executors, etc.

BYRON D. MCALPINE et al., as Executors, etc., Appellants. *v.* CHARLES B. POTTER, Respondent.

(Argued April 18, 1889; decided May 3, 1889.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made March 27, 1888, which reversed a decree of the Surrogate's Court of Monroe county upon a judicial settlement of the accounts of the executors of Henry S. Potter, deceased.

*Spencer Clinton* for appellants.

*S. D. Bentley* for respondent.

Appeal dismissed on argument.

---

MINNIE B. BROWN, Respondent, *v.* NATHAN C. PHELPS, as Executor, etc., Appellant.

(Submitted April 18, 1889; decided May 3, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 17, 1888, which affirmed a decree of the Surrogate's Court of Oneida county, requiring the executor of Milo Mitchell, deceased, to pay a legacy to plaintiff.

*Walter Ballou* for appellant.

*John S. Baker* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.